**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 01 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD KENNETH DJERF,<br><br>     Petitioner-Appellant,<br><br>v.<br><br>CHARLES L. RYAN,<br><br>     Respondent - Appellee. | No. 08-99027<br><br>D.C. No. 2:02-cv-00358-JAT<br>District of Arizona<br>Phoenix<br><br>ORDER |

Appellee's unopposed motion to extend the time to May 14, 2012 to file a response to Appellant's Motion For Partial Remand In Light of *Martinez v. Ryan* is granted. Appellant's reply is due May 21, 2012.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

By: M. Epler, Staff Attorney
Deputy Clerk/9th Cir. R. 27-7
General Orders/Appendix A